## C. COOK *v.* THE STATE.

THEFT—EVIDENCE.—Indictment for theft of $35 in United States notes, worth $35. Verdict of guilty, assessing seven years in the penitentiary. Motion for new trial because verdict not sustained by the evidence. New trial refused, appeal taken, and statement of facts brought up in the transcript. But, as the statement of facts shows no proof of the amount or value of the money stolen, *held*, that the judgment must be reversed and the cause remanded.

APPEAL from the District Court of Robertson. Tried below before the Hon. S. FORD.

The head-note comprises the material facts.

No brief for the appellant.

*George McCormick*, Assistant Attorney General, for the State.

ECTOR, P. J. The statement of facts in the record does not show the amount of money stolen or the value of the same. The judgment of the lower court must, therefore, be reversed and the cause remanded.

*Reversed and remanded.*